UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHERIE CIOFFI                             JURY TRIAL DEMANDED

v.                                        CASE NO.  3:13CV

SOLOMON AND SOLOMON, P.C.
JULIE SOLOMON
PALISADES COLLECTION, L.L.C.

## COMPLAINT

1. This is an action for damages, costs and attorney's fees seeking relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, the Connecticut Creditor's Collection Practices Act, Conn. Gen. Stat. § 36a-645, or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42 110a.

2. This Court has jurisdiction. 15 U.S.C. §1692k; 28 U.S.C. §1331.

3. Plaintiff is an individual who resides in Seymour Connecticut.

4. Plaintiff is a consumer within the meaning of the FDCPA in that the underlying collection transaction involved a personal health care account.

5. Defendant Solomon and Solomon, P.C. regularly engages in the practice of consumer debt collection.

6. Defendant Solomon and Solomon, P.C. is licensed as a Consumer Collection Agency in Connecticut.

7. The defendant Julie Solomon was admitted to practice in Connecticut on January 24, 2005. She signs all summons, complaints, and postjudgment execution applications filed in Connecticut for the P.C.'s creditor clients.

8. Defendant Palisades Collection, L.L.C., through its Solomon attorneys, mailed a small claims writ and notice of suit to plaintiff in January 2013, seeking $2,143.21 plus

costs.

9. Solomon and Solomon had claimed that the amount due as of its letter dated 7/18/2012 was $1,561.73.

10. The small claims papers included an affidavit stating that the amount due was $1,561.73 "with interest at 0.00% from 05/03/09."

11. The small claims papers included an unauthenticated periodic statement purportedly from the creditor showing a zero balance.

12. Defendant Palisades claims to have purchased plaintiff's account.

13. The small claims papers included a Bill of Sale that was unsigned by one of the entities identified as "Seller."

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

(a) That judgment be entered against the Solomon Defendants for statutory damages, pursuant to 15 U.S.C. § 1692k;   and against Palisades for $1,000 statutory damages, pursuant to Conn. Gen. Stat. § 36a-648 and for $1,000 statutory damages pursuant to 15 U.S.C. §1692k

(b) That the Court award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1692k(a)(3); and,

(f) That the Court grant such other and further relief as may be just and proper.

3

THE PLAINTIFF

BY    **/s/ Joanne S. Faulkner**
Joanne S. Faulkner ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net

3